974 A.2d 1159

**TURF CLUB SERVICES, INC., Petitioner**

v.

**Danielle DITTUS, Respondent.**

**No. 8 EM 2009.**

Supreme Court of Pennsylvania.

June 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

974 A.2d 1160

**Matthew DIX, Petitioner**

v.

**PHILADELPHIA MUNICIPAL COURT, Respondent.**

**No. 50 EM 2009.**

Supreme Court of Pennsylvania.

June 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Motion for Summary Judgment are **DENIED.**